THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENORA MENDOZA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC.; a Delaware corporation; DOE 1; and DOES 2 to 50, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-02529-CKD<br><br>[~~PROPOSED~~] ORDER MODIFYING PRETRIAL SCHEDULING ORDER<br><br>Complaint Filed: September 19, 2023 |

The Court, having read and considered the Parties' Joint Stipulation to Modify Pretrial Scheduling Order and good cause appearing therefore, rules as follows:

IT IS HEREBY ORDERED THAT DATES ARE EXTENDED AS FOLLOWS:

| | Current Date | New Date |
|---|---|---|
| Trial | TBD | TBD |
| Final Pretrial Conference ("FPTC") Hearing on Motion in Limine | TBD | TBD |
| Fact Discovery Cut-Off | 08/26/2024 | 05/22/2025 |

| Expert Disclosure (Initial) | 09/30/2024 | 06/25/2025 |
|---|---|---|
| Expert Disclosure (Rebuttal) | 10/28/2024 | 07/23/2025 |
| Expert Discovery Cut-Off | 11/12/2024 | 08/13/2025 |
| Last Date to <u>Hear</u> Motions | 01/08/2025 | 11/5/2025 |
| Deadline to Complete Settlement Conference [Private Mediation] | 11/04/2024 | 08/06/2025 |

Any dates not modified by this Order remain as originally set.

IT IS SO ORDERED.

Dated:  February 24, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, mend23cv2529.stip.dso

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221