UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENORA MENDOZA,<br><br>            Plaintiff,<br><br>      v.<br><br>WALMART, INC.,<br><br>            Defendant. | No.  2:23-cv-2529-CKD<br><br>ORDER TO SHOW CAUSE |

       On July 18, 2025, the parties filed a joint notice of settlement indicating they had reached a settlement agreement in this case which disposes of the entire action. (ECF No. 19.) In accordance with Local Rule 160, by minute order on July 21, 2025, the court ordered the parties to file dispositional documents on or before August 8, 2025. (ECF No. 20.) By minute order on October 22, 2025, the court noted the parties had failed to timely file dispositional documents and ordered the parties to do so within 14 days or file a joint status report explaining the delay. (ECF No. 21.) To date, the parties have not filed dispositional documents, a joint status report explaining the delay, or otherwise responded to the court's minute orders.

       "Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." E.D. Cal. Local Rule 110. Accordingly, the parties shall either file the dispositional documents or show cause why sanctions should not be imposed.

1

1 | Good cause appearing, IT IS ORDERED that within 14 days of the date of this order, the
2 | parties shall either file dispositional documents or show cause, in writing, why the court should
3 | not impose sanctions for failure to comply with the court's minute orders and Local Rules.
4 | Dated: November 19, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 mend23cv2529.osc